# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                              Chapter 13

    ROBIN  LYNN BUSBY                      Bankruptcy No. 20-10520-AMC

    1100 HILLCREST ROAD

    PENN VALLEY, PA 19072-

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ROBIN  LYNN BUSBY

    1100 HILLCREST ROAD

    PENN VALLEY, PA 19072-

**Counsel for debtor(s), by electronic notice only.**
    PAUL A.R. STEWART
    333 E LANCASTER AV
    SUITE 140
    WYNNEWOOD, PA 19096-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 5/19/2020                                                                           /s/ William C. Miller

                                                                        _____
                                                                        William C. Miller, Esquire
                                                                        Chapter 13 Standing Trustee