# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 20-10520-AMC

ROBIN LYNN BUSBY

1100 HILLCREST ROAD

PENN VALLEY, PA 19072-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ROBIN LYNN BUSBY

    1100 HILLCREST ROAD

    PENN VALLEY, PA 19072-

Counsel for debtor(s), by electronic notice only.

    PAUL A.R. STEWART
    333 E LANCASTER AV
    SUITE 140
    WYNNEWOOD, PA 19096-

Date: 10/7/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee