# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Robin Lynn Busby, | : | |
| | : | NO. 20-10520-amc |

# **ORDER**

AND NOW, this ____ day of _____ 202__, upon consideration of the Debtor(s) Objection to the Proof of Claim of Citibank N.A., any response thereto, and a hearing on the matter, it is hereby ORDERED AND DECREED that the Debtor's Objection to the Proof of Claim of Citibank N.A., is SUSTAINED.

_____

J

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Robin Lynn Busby, | : | |
| | : | NO. 20-10520-amc |

# OBJECTION TO PROOF OF CLAIM

AND NOW, this 20th day of November, 2020, Debtor hereby objects to the Proof of Claim filed on behalf of Calvary SPV I LLC at Claim # 1 and avers as follows:

1. The Debtor objects to the ENTIRE PROOF OF CLAIM, as it is untimely when filed on 1/30/20. See 42 Pa CSA 5525(a) 4 year limitation

2. The Debtor objects to the Proof of Claim where Claim indicates last payment on 12/3/2015.

3. The Debtor objects to the Proof of Claim to the extent that she is not liable on the account.

4. The proof of claim is attached hereto as an exhibit.

WHEREFORE, Debtor(s) ask(s) this Honorable Court to deny the claims of Calvary SPV I LLC.

/S/ Paul A.R. Stewart, Esquire
Legal Helm, LLC
Paul A.R. Stewart, Esquire
Attorney for Debtor
333 East Lancaster Avenue
Suite 140
Wynnewood, Pennsylvania 19096
(610) 864-5600
pstewart@helmlegalservices.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Robin Lynn Busby, | : | |
| | : | NO. 20-10520-amc |

## DEBTOR'S REQUEST FOR PRODUCTIONS OF DOCUMENTS

Debtor through counsel request production of the following documents:

1. Copy of all relevant account documents including any bearing signature of Debtor.

2. A complete itemized accounting of all fees assessed on account.

3. A complete charges and payment history since opening of account.

4. All written notices to debtor indicating change of any terms or conditions of card agreement.

/S/ Paul A.R. Stewart, Esquire
Legal Helm, LLC
Paul A.R. Stewart, Esquire
Attorney for Debtor
333 East Lancaster Avenue
Suite 140
Wynnewood, Pennsylvania
19096
(610) 864-5600
**pstewart@helmlegalservices.com**

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Robin Lynn Busby, | : | |
| | : | NO. 20-10520-amc |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing <u>Objection to Proof of Claim</u> was served on November 20, 2020 by means of the Court's CM/ECF system or via first class mail, postage prepaid, upon the following:

**Cheryl Guziczek**, Bankruptcy Specialist
Calvary Portfolio Services, LLC
500 Summit Lake Drive
Suite 400
Valhalla, NY 10595

**United States Trustee**
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

**William C. Miller, Esquire (Trustee)**
Chapter 13 Trustee
111 S. Independence Mall, Suite 583
Philadelphia, PA 19106
and
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

/S/ Paul A.R. Stewart, Esquire
Legal Helm, LLC
Paul A.R. Stewart, Esquire
Attorney for Debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Robin L Busby |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number | 20-10520 |

Official Form 410

# Proof of Claim                                                                 04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Cavalry SPV I, LLC as assignee of Citibank, N.A./AT&T
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☐ No
☒ Yes. From whom? Citibank, N.A.

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Cavalry SPV I, LLC
Name
500 Summit Lake Drive, Ste. 400
Number   Street
Valhalla              NY          10595
City                  State       ZIP Code
Contact phone  (800) 501-0909 x53450
Contact email  bankruptcy@cavps.com

Where should payments to the creditor be sent? (if different)
Cavalry SPV I, LLC
Name
P.O. Box 27288
Number   Street
Tempe                AZ          85282
City                  State       ZIP Code
Contact phone  (800) 501-0909 x53450
Contact email  bankruptcy@cavps.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):
C P S C A V 2 0 1 0 5 2 0 P A P 5 5 1 3 6 5 3 3

**4. Does this claim amend one already filed?**
☒ No
☐ Yes. Claim number on court claims registry (if known) ____     Filed on ____/____/____
                                                                    MM   DD   YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

---

Official Form 410                                        Proof of Claim                                            page 1

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __6__ __5__ __3__ __3__

**7. How much is the claim?** $ __$1,325.90__ . Does this amount include interest or other charges?
☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

CREDIT CARD

**9. Is all or part of the claim secured?**

☒ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ _____
**Amount of the claim that is secured:** $ _____

**Amount of the claim that is unsecured:** $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ _____

**Annual Interest Rate** (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☒ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

**11. Is this claim subject to a right of setoff?**

☒ No
☐ Yes. Identify the property: _____

Official Form 410 — Proof of Claim — page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☒ No<br>☐ Yes. Check one: | **Amount entitled to priority** |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.
☒ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   1/30/2020
                  MM / DD / YYYY

/s/ Cheryl Guziczek
_____
Signature

**Print the name of the person who is completing and signing this claim:**

Name          Cheryl Guziczek
              First name    Middle name    Last name

Title         Bankruptcy Specialist

Company       Cavalry Portfolio Services, LLC
              Identify the corporate servicer as the company if the authorized agent is a servicer.

Address       500 Summit Lake Drive, Ste. 400
              Number       Street
              Valhalla                          NY         10595
              City                              State      ZIP Code

Contact phone  (800) 501-0909 x53450           Email

Official Form 410                    Proof of Claim                          page 3

Contract ID: CVIMU1AB032817
Document ID: 032017CVIMU1XBBI
Document ID: 032017CVIMU1SBBI

## BILL OF SALE AND ASSIGNMENT

THIS BILL OF SALE AND ASSIGNMENT dated March 30, 2017, is by Citibank, N.A., a national banking association organized under the laws of the United States, located at 701 East 60th Street North, Sioux Falls, SD 57117 (the "Bank") to Cavalry SPV I, LLC, organized under the laws of the State of Delaware, with its headquarters/principal place of business at 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595 ("Buyer").

For value received and subject to the terms and conditions of the Purchase and Sale Agreement dated March 28, 2017, between Buyer and the Bank (the "Agreement"), the Bank does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, and to Buyer's successors and assigns, the Accounts described in Exhibit 1 and the final electronic file.

**Citibank, N.A.**

By: _____
         (Signature)

Name: _____Sean M. Cooney, SVP_____
              GEID: 1010710247
              Citibank, N.A.
        11600 NW Ambassador Drive, Ste. 400
              Kansas City, MO 64153
Title: _____sean.m.cooney@citi.com_____
              816-505-6188

Contract ID: CVIMU1AB032817
Document ID: 032017CVIMU1XBA1
Document ID: 032017CVIMU1SBA1

# EXHIBIT 1
## ASSET SCHEDULE

The individual Accounts transferred are described in the final electronic file and delivered by the Bank to Buyer, the same deemed attached hereto by this reference.

| Lot | Sale ID | # of Accounts | Sale Balance | Cut-Off Date |
|---|---|---|---|---|
| Brands Quad Bulk | ■■■ | ■■■ | ■■■ | 03/20/2017 |
| Brands Secondary Bulk | ■■■ | ■■■ | ■■■ | 03/20/2017 |



# Statement Of Account

**Robin L Busby     1100 HILLCREST RD   PENN VALLEY, PA 19072**

| | |
|---|---|
| **Principal Due** | $1,325.90 |
| **Interest Due** | $0.00 |
| **All Other Charges** | $0.00 |
| **Filing Amount** | $1,325.90 |
| **Name of the entity from whom the creditor purchased the account** | Citibank, N.A. |
| **Name of the entity to whom the debt was owed at the time of the account holder's last transaction on the account** | Citibank, N.A./AT&T |
| **Last Transaction Date** | 12/03/2015 |
| **Last Payment Date** | 12/03/2015 |
| **Account Charge Off Date** | 04/04/2016 |

 

AT&T Universal Platinum Card

**ROBIN L BUSBY**
Member Since 2002  Account number ending in: 3889
Billing Period: **03/03/16-04/04/16**

**How to reach us**
www.universalcard.com
1-800-846-8444
PO BOX 6500 SIOUX FALLS, SD 57117-6500

| | |
|---|---|
| **Minimum payment due:** | **$1,362.33** |
| **New balance:** | **$1,362.33** |
| **Payment due date:** | **04/28/16** |

**Your account is past due.** Please pay at least the minimum payment due, which includes a past due amount of $457.92 and an overlimit amount of $362.33.

### Account Summary

| | |
|---|---|
| Previous balance | $1,325.90 |
| Payments | -$0.00 |
| Credits | -$0.00 |
| Purchases | +$0.00 |
| Cash advances | +$0.00 |
| Fees | +$0.00 |
| Interest | +$36.43 |
| **New balance** | **$1,362.33** |

### Credit Limit

Credit limit    $1,000
Includes $0 cash advance limit

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 1 month(s) | $1,362 |

For information about credit counseling services, call 1-877-337-8188.

---

 **Pay online**  www.universalcard.com

 **Pay by phone**  1-800-846-8444

 **Pay by mail**  Use this coupon
- Enclose a valid check or money order payable to AT&T UNIVERSAL CARD. No cash or foreign currency.
- Write the last four digits of your account number on your check.

| | |
|---|---|
| Minimum payment due | $1,362.33 |
| New balance | $1,362.33 |
| Payment due date | 04/28/16 |

**Amount enclosed:**

Account number ending in 3889

000000 MC 34 A 0

ROBIN L BUSBY
1100 HILLCREST RD
PENN VALLEY  PA  19072-1224

AT&T UNIVERSAL CARD
PO BOX 9001037
Louisville, KY 40290-1037