**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Robin Lynn Busby, | : | |
| | : | NO. 20-10520-amc |

**ORDER**

AND NOW, this ____ day of _____, 202__, upon consideration of the Debtor(s) Objection to the Proof of Claim of Specialized Loan Servicing, LLC, any response thereto, and a hearing on the matter, it is hereby ORDERED AND DECREED that the Debtor's Objection to the Proof of Claim of Specialized Loan Servicing, LLC, is SUSTAINED.

_____

J

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Robin Lynn Busby, | : | |
| | : | NO. 20-10520-amc |

## OBJECTION TO PROOF OF CLAIM

AND NOW, this 20th day of November 2020, Debtor hereby objects to the Proof of Claim filed on and behalf of Specialized Loan Servicing, LLC and avers as follows.

1.      The Debtor objects to the ENTIRE PROOF OF CLAIM #3 filed on 2/25/20. Debtor denies Creditor has secured lien. Name is NOT the same as judgment lien.

2.      The Debtor objects as the Claim demands amount in excess of the In Rem Judgment entered in State Court of $535, 321.79 on 12/27/17 docketed at #2016-24962 in the Court of Common Pleas of Montgomery County Pennsylvania.

3.      Debtor has referenced payment in full of this judgment lien in her Chapter 13 Plan.

4.      The proof of claim is attached hereto as an exhibit.

5.      Claim transferred to Specialized Loan Servicing, LLC as of 3/31/20. Docket Item #30

   WHEREFORE, Debtor(s) ask(s) this Honorable Court to deny the claims of Specialized Loan Servicing, LLC.

/S/ Paul A.R. Stewart, Esquire
Legal Helm, LLC
Paul A.R. Stewart, Esquire
Attorney for Debtor
333 East Lancaster Avenue
Suite 140
Wynnewood, Pennsylvania
19096
(610) 864-5600
pstewart@helmlegalservices.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Robin Lynn Busby, | : | |
| | : | NO. 20-10520-amc |

## DEBTOR'S REQUEST FOR PRODUCTIONS OF DOCUMENTS

Debtor through counsel request production of the following documents:

1. Copy of all relevant loan documents
2. A complete itemized accounting of all fees assessed on account.
3. A complete payment history made for escrow items, such as Real Estate Taxes and Property Insurance.
4. All written notices to debtor indicating change of any terms or conditions of note or mortgage.

/S/ Paul A.R. Stewart, Esquire
Legal Helm, LLC
Paul A.R. Stewart, Esquire
Attorney for Debtor
333 East Lancaster Avenue
Suite 140
Wynnewood, Pennsylvania 19096
(610) 864-5600
**pstewart@helmlegalservices.com**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Robin Lynn Busby, | : | |
| | : | NO. 20-10520-amc |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing <u>Objection to Proof of Claim</u> was served on November 20, 2020 by means of the Court's CM/ECF system or via first class mail, postage prepaid, upon the following:

**Karina Velter, Esquire**
Manley Deas Kochalski, LLC
P.O. Box 165028
Columbus, OH 43216

**United States Trustee**
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

**William C. Miller, Esquire (Trustee)**
Chapter 13 Trustee
111 S. Independence Mall, Suite 583
Philadelphia, PA 19106
and
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

**Natalie Lea, Authorized Agent**
Specialized Loan Servicing LLC
6200 S. Quebec Street
Greenwood Village, CO 80111
POCInquiries@BonialPC.com

/S/ Paul A.R. Stewart, Esquire
Legal Helm, LLC
Paul A.R. Stewart, Esquire
Attorney for Debtor

**Fill in this information to identify the case:**

Debtor 1  ROBIN L BUSBY

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number 20-10520-amc

Read the instructions before filling out this form. Use this form to make a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment. A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571. Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

# Official Form 410
# Proof of Claim

04/19

## Part 1: Identify the Claim

1. **Who is the current creditor?**

   HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-7

   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor

2. **Has this claim been acquired from someone else?**

   [X] No
   [ ] Yes. From whom?

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   **Where should notices to the creditor be sent?**

   Wells Fargo Bank, N.A.
   Default Document Processing
   MAC# N9286-01Y

   Name
   1000 Blue Gentian Road
   Number           Street
   Eagan MN 55121-7700
   City                    State      ZIP Code
   Contact phone   800-274-7025
   Contact email   POCNOTIFICATIONS@WELLSFARGO.COM

   **Where should payments to the creditor be sent?** (if different)

   Wells Fargo Bank, N.A.
   Attention: Payment Processing
   MAC# F2302-04C

   Name
   1 Home Campus
   Number           Street
   Des Moines IA 50328
   City                    State      ZIP Code
   Contact phone   800-274-7025
   Contact email   POCNOTIFICATIONS@WELLSFARGO.COM

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):
   W F C M G E 2 0 1 0 5 2 0 P A E 5 5 1 3 5 7 2 3

Official Form 410                                    **Proof of Claim**                                                page 1

| 4. | Does this claim amend one already filed? | [X] No<br>[ ] Yes. Claim number on court claims registry (if known) _____ Filed on _____ MM/DD/YYYY |
|---|---|---|
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | [X] No<br>[ ] Yes. Who made the earlier filing? _____ |

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| 6. | Do you have any number you use to identify the debtor? | [ ] No<br>[X] Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 5723 |
|---|---|---|
| 7. | How much is the claim? | $ 712,959.93    Does this amount include interest or other charges?<br>[ ] No<br>[X] Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |
| 8. | What is the basis of the claim? | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.<br>Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).<br>Limit disclosing information that is entitled to privacy, such as healthcare information.<br>Money Loaned |
| 9. | Is all or part of the claim secured? | [ ] No<br>[X] Yes. The claim is secured by a lien on property.<br>**Nature of property:**<br>[X] Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*<br>[ ] Motor vehicle<br>[ ] Other. Describe:    1100 HILLCREST ROAD  PENN VALLEY PA 19072-1224<br><br>**Basis for perfection:**    Recorded Mortgage/Deed of Trust<br>Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)<br><br>**Value of property:**    $ _____<br>**Amount of the claim that is secured:**    $ 712,959.93<br>**Amount of the claim that is unsecured:**    $ _____ (The sum of the secured and unsecured amounts should match the amount in line 7.)<br><br>**Amount necessary to cure any default as of the date of the petition:**    $ 204,870.17<br>**Annual Interest Rate** (when case was filed)   6.375   %<br>[X] Fixed<br>[ ] Variable<br>[ ] Fixed with Steps due to loan modification |
| 10. | Is this claim based on a lease? | [X] No<br>[ ] Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____ |
| 11. | Is this claim subject to a right of setoff? | [X] No<br>[ ] Yes. Identify the property: _____ |

Official Form 410                                                                                       **Proof of Claim**                                                                                       page 2

| | | |
|---|---|---|
| 12. | **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | [X] No<br>[ ] Yes. *Check all that apply:*                                             **Amount entitled to priority** |
| | A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | [ ] Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).      $ _____ |
| | | [ ] Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).      $ _____ |
| | | [ ] Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).      $ _____ |
| | | [ ] Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).      $ _____ |
| | | [ ] Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).      $ _____ |
| | | [ ] Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies.      $ _____ |
| | | * Amounts are subject to adjustment on 04/01/2022 and every 3 years after that for cases begun on or after the date of adjustment. |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

*Check the appropriate box:*

[ ]  I am the creditor.
[X] I am the creditor's attorney or authorized agent.
[ ]  I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
[ ]  I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date    02/25/2020
                              MM / DD / YYYY

         /s/ Karina Velter
         Signature

**Print the name of the person who is completing and signing this claim:**

Name      Karina Velter
            First name          Middle name          Last name

Title      Attorneys for Creditor
Company      Manley Deas Kochalski, LLC
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address      P.O. Box 165028
            Number        Street

     Columbus, Ohio 43216-5028
     City                                                     State             ZIP Code

Contact phone      614.220.5611
Email
     amps@manleydeas.com

# Mortgage Proof of Claim Attachment

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.

| Part 1: Mortgage and Case Information | | Part 2: Total Debt Calculation | | Part 3: Arrearage as of Date of the Petition | |
|---|---|---|---|---|---|
| Case number: | 20-10520-amc | Principal balance: | 517,230.44 | Principal & interest due: | 119,337.75 |
| Debtor 1: | ROBIN L BUSBY | Interest due: | 121,791.83 | Prepetition fees due: | 10,278.66 |
| Debtor 2: | | Fees, costs due: | 10,278.66 | Escrow deficiency for funds advanced: | 63,659.00 |
| Last 4 digits to identify: | 5723 | Escrow deficiency for funds advanced: | 63,659.00 | Projected escrow shortage: | 11,594.76 |
| Creditor: | See 410 part 1.1 | Other: | 0.00 | Other: | 0.00 |
| Servicer: | Wells Fargo Bank, N.A. | Less total funds on hand: – | 0.00 | Less funds on hand: – | 0.00 |
| Fixed accrual/daily simple interest/other: | Fixed Accrual | Total debt: | 712,959.93 | Total prepetition arrearage: | 204,870.17 |

*Not to be used for payoff purposes
The principal balance includes a second loan of $15,416.38 for which interest is deferred and cannot be collected on the proof of claim.

## Part 5 : Loan Payment History from First Date of Default

| | Account Activity | | | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. | B. | C. | D. | E. | F. | G. | H. | I. | J. | K. | L. | M. | N. |
| Date | Contractual payment amount | Funds received | Amount incurred | Description | Contractual due date | Prin, int & esc past due balance | Amount to principal | Amount to interest | Amount to escrow | Amount to fees or charges | Unapplied funds | Principal balance | Accrued interest balance |
| 09/01/2014 | | | | Beginning Balances | 09/01/2014 | 0.00 | | | | | | 517,230.44 | |
| 09/01/2014 | 3,348.50 | | | Monthly payment | 09/01/2014 | 3,348.50 | | | | | | 517,230.44 | |
| 09/16/2014 | | | 73.18 | Late Charge | 09/01/2014 | 3,348.50 | | | | 73.18 | | 517,230.44 | |
| 09/30/2014 | | 3,348.50 | | Payment | 09/01/2014 | 0.00 | 0.00 | 1,463.62 | 1,884.88 | | 0.00 | 517,230.44 | |
| 10/01/2014 | 3,348.50 | | | Monthly payment | 10/01/2014 | 3,348.50 | | | | | | 517,230.44 | |
| 10/15/2014 | | 3,348.50 | | Payment | 10/01/2014 | 0.00 | 0.00 | 1,463.62 | 1,884.88 | | 0.00 | 517,230.44 | |
| 11/01/2014 | 3,348.50 | | | Monthly payment | 11/01/2014 | 3,348.50 | | | | | | 517,230.44 | |
| 11/14/2014 | | 3,348.50 | | Payment | 11/01/2014 | 0.00 | 0.00 | 1,463.62 | 1,884.88 | | 0.00 | 517,230.44 | |
| 12/01/2014 | 3,348.50 | | | Monthly payment | 12/01/2014 | 3,348.50 | | | | | | 517,230.44 | |
| 12/16/2014 | | | 73.18 | Late Charge | 12/01/2014 | 3,348.50 | | | | 73.18 | | 517,230.44 | |
| 01/01/2015 | 3,617.83 | | | Monthly payment | 12/01/2014 | 6,966.33 | | | | | | 517,230.44 | |
| 01/16/2015 | | | 94.09 | Late Charge | 12/01/2014 | 6,966.33 | | | | 94.09 | | 517,230.44 | |

# Mortgage Proof of Claim Attachment: Additional Page

| Case number: | 20-10520-amc |
| --- | --- |
| Debtor 1: | ROBIN L BUSBY |

## Part 5 : Loan Payment History from First Date of Default

| | Account Activity | | | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance |
| 01/27/2015 | | 3,348.50 | | Payment | 12/01/2014 | 3,617.83 | 0.00 | 1,463.62 | 1,884.88 | | 0.00 | 517,230.44 | |
| 02/01/2015 | 3,617.83 | | | Monthly payment | 01/01/2015 | 7,235.66 | | | | | | 517,230.44 | |
| 02/17/2015 | | | 94.09 | Late Charge | 01/01/2015 | 7,235.66 | | | | 94.09 | | 517,230.44 | |
| 03/01/2015 | 3,617.83 | | | Monthly payment | 01/01/2015 | 10,853.49 | | | | | | 517,230.44 | |
| 03/09/2015 | | | 3,167.00 | City tax disbursement | 01/01/2015 | 10,853.49 | 0.00 | 0.00 | -3,167.00 | | 0.00 | 517,230.44 | |
| 03/14/2015 | | 3,617.83 | | Payment | 01/01/2015 | 7,235.66 | 0.00 | 1,881.80 | 1,736.03 | | 0.00 | 517,230.44 | |
| 03/16/2015 | | | 94.09 | Late Charge | 02/01/2015 | 7,235.66 | | | | 94.09 | | 517,230.44 | |
| 04/01/2015 | 3,617.83 | | | Monthly payment | 02/01/2015 | 10,853.49 | | | | | | 517,230.44 | |
| 04/16/2015 | | | 94.09 | Late Charge | 02/01/2015 | 10,853.49 | | | | 94.09 | | 517,230.44 | |
| 04/29/2015 | | | 3,652.84 | Hazard Insurance Disbursement | 02/01/2015 | 10,853.49 | 0.00 | 0.00 | -3,652.84 | | 0.00 | 517,230.44 | |
| 05/01/2015 | 3,617.83 | | | Monthly payment | 02/01/2015 | 14,471.32 | | | | | | 517,230.44 | |
| 05/18/2015 | | | 94.09 | Late Charge | 02/01/2015 | 14,471.32 | | | | 94.09 | | 517,230.44 | |
| 05/28/2015 | | 7,544.07 | | Payment | 02/01/2015 | 14,471.32 | 0.00 | 0.00 | 0.00 | | 7,544.07 | 517,230.44 | |
| 05/28/2015 | | 0.00 | | Payment | 02/01/2015 | 10,853.49 | 0.00 | 1,881.80 | 1,736.03 | | -7,235.66 | 517,230.44 | |
| 05/28/2015 | | 0.00 | | Payment | 03/01/2015 | 7,235.66 | 0.00 | 1,881.80 | 1,736.03 | | 0.00 | 517,230.44 | |
| 05/30/2015 | | 7,544.06 | | Payment | 04/01/2015 | 7,235.66 | 0.00 | 0.00 | 0.00 | | 7,544.06 | 517,230.44 | |
| 05/30/2015 | | 0.00 | | Payment | 04/01/2015 | 3,617.83 | 0.00 | 1,881.80 | 1,736.03 | | -7,235.66 | 517,230.44 | |
| 05/30/2015 | | 0.00 | | Payment | 05/01/2015 | 0.00 | 0.00 | 1,881.80 | 1,736.03 | | 0.00 | 517,230.44 | |
| 05/30/2015 | | 0.00 | | Payment | 06/01/2015 | 0.00 | 0.00 | 0.00 | 0.00 | -616.81 | -616.81 | 517,230.44 | |
| 06/01/2015 | 3,600.00 | | | Monthly payment | 06/01/2015 | 3,600.00 | | | | | | 517,230.44 | |
| 06/16/2015 | | | 94.09 | Late Charge | 06/01/2015 | 3,600.00 | | | | 94.09 | | 517,230.44 | |
| 07/01/2015 | 3,617.83 | | | Monthly payment | 06/01/2015 | 7,217.83 | | | | | | 517,230.44 | |
| 08/01/2015 | 3,617.83 | | | Monthly payment | 06/01/2015 | 10,835.66 | | | | | | 517,230.44 | |

Official Form 410A                                                                                                                  **Mortgage Proof of Claim Attachment**

# Mortgage Proof of Claim Attachment: Additional Page

| Case number: | 20-10520-amc |
| --- | --- |
| Debtor 1: | ROBIN L BUSBY |

## Part 5 : Loan Payment History from First Date of Default

| | Account Activity | | | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance |
| 08/07/2015 | | | 9,664.49 | Other/Sewer/Water/Maintenance Tax | 06/01/2015 | 10,835.66 | 0.00 | 0.00 | -9,664.49 | | 0.00 | 517,230.44 | |
| 08/11/2015 | | 3,600.00 | | Payment | 06/01/2015 | 7,235.66 | 0.00 | 1,881.80 | 1,718.20 | | 0.00 | 517,230.44 | |
| 08/17/2015 | | | 94.09 | Late Charge | 07/01/2015 | 7,235.66 | | | | 94.09 | | 517,230.44 | |
| 09/01/2015 | 3,617.83 | | | Monthly payment | 07/01/2015 | 10,853.49 | | | | | | 517,230.44 | |
| 09/16/2015 | | | 94.09 | Late Charge | 07/01/2015 | 10,853.49 | | | | 94.09 | | 517,230.44 | |
| 09/18/2015 | | 3,620.00 | | Payment | 07/01/2015 | 7,235.66 | 0.00 | 1,881.80 | 1,736.03 | | 2.17 | 517,230.44 | |
| 09/29/2015 | | 3,620.00 | | Payment | 08/01/2015 | 3,617.83 | 0.00 | 1,881.80 | 1,736.03 | | 2.17 | 517,230.44 | |
| 10/01/2015 | 3,617.83 | | | Monthly payment | 09/01/2015 | 7,235.66 | | | | | | 517,230.44 | |
| 10/16/2015 | | | 94.09 | Late Charge | 09/01/2015 | 7,235.66 | | | | 94.09 | | 517,230.44 | |
| 11/01/2015 | 3,617.83 | | | Monthly payment | 09/01/2015 | 10,853.49 | | | | | | 517,230.44 | |
| 11/04/2015 | | 3,630.00 | | Payment | 09/01/2015 | 7,235.66 | 0.00 | 1,881.80 | 1,736.03 | | 12.17 | 517,230.44 | |
| 12/01/2015 | 3,617.83 | | | Monthly payment | 10/01/2015 | 10,853.49 | | | | | | 517,230.44 | |
| 12/03/2015 | | 3,650.00 | | Payment | 10/01/2015 | 7,235.66 | 0.00 | 1,881.80 | 1,736.03 | | 32.17 | 517,230.44 | |
| 01/01/2016 | 3,673.67 | | | Monthly payment | 11/01/2015 | 10,909.33 | | | | | | 517,230.44 | |
| 01/19/2016 | | | 115.00 | Late Charge | 11/01/2015 | 10,909.33 | | | | 115.00 | | 517,230.44 | |
| 02/01/2016 | 3,673.67 | | | Monthly payment | 11/01/2015 | 14,583.00 | | | | | | 517,230.44 | |
| 02/10/2016 | | 4,000.00 | | Payment | 11/01/2015 | 10,965.17 | 0.00 | 1,881.80 | 1,736.03 | | 382.17 | 517,230.44 | |
| 02/16/2016 | | | 115.00 | Late Charge | 12/01/2015 | 10,965.17 | | | | 115.00 | | 517,230.44 | |
| 03/01/2016 | 3,673.67 | | | Monthly payment | 12/01/2015 | 14,638.84 | | | | | | 517,230.44 | |
| 03/09/2016 | | | 3,282.00 | City tax disbursement | 12/01/2015 | 14,638.84 | 0.00 | 0.00 | -3,282.00 | | 0.00 | 517,230.44 | |
| 03/16/2016 | | | 115.00 | Late Charge | 12/01/2015 | 14,638.84 | | | | 115.00 | | 517,230.44 | |
| 03/22/2016 | | 3,650.00 | | Payment | 12/01/2015 | 11,021.01 | 0.00 | 1,881.80 | 1,736.03 | | 32.17 | 517,230.44 | |
| 03/28/2016 | | | 4,500.96 | Hazard Insurance Disbursement | 01/01/2016 | 11,021.01 | 0.00 | 0.00 | -4,500.96 | | 0.00 | 517,230.44 | |

Official Form 410A                                                                                                          **Mortgage Proof of Claim Attachment**

# Mortgage Proof of Claim Attachment: Additional Page

| Case number: | 20-10520-amc |
|---|---|
| Debtor 1: | ROBIN L BUSBY |

## Part 5 : Loan Payment History from First Date of Default

| | Account Activity | | | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. | B. | C. | D. | E. | F. | G. | H. | I. | J. | K. | L. | M. | N. |
| Date | Contractual payment amount | Funds received | Amount incurred | Description | Contractual due date | Prin, int & esc past due balance | Amount to principal | Amount to interest | Amount to escrow | Amount to fees or charges | Unapplied funds | Principal balance | Accrued interest balance |
| 04/01/2016 | 3,673.67 | | | Monthly payment | 01/01/2016 | 14,694.68 | | | | | | 517,230.44 | |
| 04/06/2016 | | 3,700.00 | | Payment | 01/01/2016 | 11,021.01 | 0.00 | 2,299.98 | 1,373.69 | | 26.33 | 517,230.44 | |
| 04/18/2016 | | | 115.00 | Late Charge | 02/01/2016 | 11,021.01 | | | | 115.00 | | 517,230.44 | |
| 05/01/2016 | 3,673.67 | | | Monthly payment | 02/01/2016 | 14,694.68 | | | | | | 517,230.44 | |
| 05/13/2016 | | 3,650.00 | | Payment | 02/01/2016 | 14,694.68 | 0.00 | 0.00 | 0.00 | | 3,650.00 | 517,230.44 | |
| 05/13/2016 | | -3,673.67 | | Payment | 02/01/2016 | 14,694.68 | 0.00 | 0.00 | 0.00 | | -3,673.67 | 517,230.44 | |
| 05/13/2016 | | 3,673.67 | | Payment | 02/01/2016 | 11,021.01 | 0.00 | 2,299.98 | 1,373.69 | | 0.00 | 517,230.44 | |
| 05/16/2016 | | | 115.00 | Late Charge | 03/01/2016 | 11,021.01 | | | | 115.00 | | 517,230.44 | |
| 06/01/2016 | 3,673.67 | | | Monthly payment | 03/01/2016 | 14,694.68 | | | | | | 517,230.44 | |
| 06/16/2016 | | | 115.00 | Late Charge | 03/01/2016 | 14,694.68 | | | | 115.00 | | 517,230.44 | |
| 06/27/2016 | | 3,700.00 | | Payment | 03/01/2016 | 11,021.01 | 0.00 | 2,299.98 | 1,373.69 | | 26.33 | 517,230.44 | |
| 07/01/2016 | 3,673.67 | | | Monthly payment | 04/01/2016 | 14,694.68 | | | | | | 517,230.44 | |
| 07/18/2016 | | | 115.00 | Late Charge | 04/01/2016 | 14,694.68 | | | | 115.00 | | 517,230.44 | |
| 08/01/2016 | 3,673.67 | | | Monthly payment | 04/01/2016 | 18,368.35 | | | | | | 517,230.44 | |
| 08/01/2016 | | | 0.00 | Reversal | 04/01/2016 | 18,368.35 | 0.00 | 0.00 | 0.00 | | -492.01 | 517,230.44 | |
| 08/09/2016 | | | 10,100.79 | Other/Sewer/Water/Maintenance Tax | 04/01/2016 | 18,368.35 | 0.00 | 0.00 | -10,100.79 | | 0.00 | 517,230.44 | |
| 09/01/2016 | 3,673.67 | | | Monthly payment | 04/01/2016 | 22,042.02 | | | | | | 517,230.44 | |
| 10/01/2016 | 3,673.67 | | | Monthly payment | 04/01/2016 | 25,715.69 | | | | | | 517,230.44 | |
| 10/13/2016 | | | 270.00 | Filing fees and court costs | 04/01/2016 | 25,715.69 | | | | 270.00 | | 517,230.44 | |
| 10/20/2016 | | | 1,175.00 | Attorney's fees | 04/01/2016 | 25,715.69 | | | | 1,175.00 | | 517,230.44 | |
| 11/01/2016 | 3,673.67 | | | Monthly payment | 04/01/2016 | 29,389.36 | | | | | | 517,230.44 | |
| 12/01/2016 | 3,673.67 | | | Monthly payment | 04/01/2016 | 33,063.03 | | | | | | 517,230.44 | |
| 01/01/2017 | 4,156.20 | | | Monthly payment | 04/01/2016 | 37,219.23 | | | | | | 517,230.44 | |

# Mortgage Proof of Claim Attachment: Additional Page

| Case number: | 20-10520-amc |
|---|---|
| Debtor 1: | ROBIN L BUSBY |

## Part 5 : Loan Payment History from First Date of Default

| | Account Activity | | | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance |
| 02/01/2017 | 4,156.20 | | | Monthly payment | 04/01/2016 | 41,375.43 | | | | | | 517,230.44 | |
| 03/01/2017 | 4,156.20 | | | Monthly payment | 04/01/2016 | 45,531.63 | | | | | | 517,230.44 | |
| 03/09/2017 | | | 3,449.00 | City tax disbursement | 04/01/2016 | 45,531.63 | 0.00 | 0.00 | -3,449.00 | | 0.00 | 517,230.44 | |
| 03/27/2017 | | | 6,782.77 | Hazard Insurance Disbursement | 04/01/2016 | 45,531.63 | 0.00 | 0.00 | -6,782.77 | | 0.00 | 517,230.44 | |
| 04/01/2017 | 4,156.20 | | | Monthly payment | 04/01/2016 | 49,687.83 | | | | | | 517,230.44 | |
| 05/01/2017 | 4,156.20 | | | Monthly payment | 04/01/2016 | 53,844.03 | | | | | | 517,230.44 | |
| 06/01/2017 | 4,156.20 | | | Monthly payment | 04/01/2016 | 58,000.23 | | | | | | 517,230.44 | |
| 06/28/2017 | | | 50.00 | Filing fees and court costs | 04/01/2016 | 58,000.23 | | | | 50.00 | | 517,230.44 | |
| 07/01/2017 | 4,156.20 | | | Monthly payment | 04/01/2016 | 62,156.43 | | | | | | 517,230.44 | |
| 08/01/2017 | 4,156.20 | | | Monthly payment | 04/01/2016 | 66,312.63 | | | | | | 517,230.44 | |
| 08/07/2017 | | | 10,355.66 | Other/Sewer/Water/Maintenance Tax | 04/01/2016 | 66,312.63 | 0.00 | 0.00 | -10,355.66 | | 0.00 | 517,230.44 | |
| 08/24/2017 | | | 470.00 | Attorney's fees | 04/01/2016 | 66,312.63 | | | | 470.00 | | 517,230.44 | |
| 09/01/2017 | 4,156.20 | | | Monthly payment | 04/01/2016 | 70,468.83 | | | | | | 517,230.44 | |
| 10/01/2017 | 4,156.20 | | | Monthly payment | 04/01/2016 | 74,625.03 | | | | | | 517,230.44 | |
| 11/01/2017 | 4,156.20 | | | Monthly payment | 04/01/2016 | 78,781.23 | | | | | | 517,230.44 | |
| 11/01/2017 | | | 600.00 | Attorney's fees | 04/01/2016 | 78,781.23 | | | | 600.00 | | 517,230.44 | |
| 12/01/2017 | 4,156.20 | | | Monthly payment | 04/01/2016 | 82,937.43 | | | | | | 517,230.44 | |
| 12/27/2017 | | | 18.00 | Filing fees and court costs | 04/01/2016 | 82,937.43 | | | | 18.00 | | 517,230.44 | |
| 01/01/2018 | 4,381.51 | | | Monthly payment | 04/01/2016 | 87,318.94 | | | | | | 517,230.44 | |
| 02/01/2018 | 4,381.51 | | | Monthly payment | 04/01/2016 | 91,700.45 | | | | | | 517,230.44 | |
| 03/01/2018 | 4,381.51 | | | Monthly payment | 04/01/2016 | 96,081.96 | | | | | | 517,230.44 | |
| 03/13/2018 | | | 3,449.00 | City tax disbursement | 04/01/2016 | 96,081.96 | 0.00 | 0.00 | -3,449.00 | | 0.00 | 517,230.44 | |

**Mortgage Proof of Claim Attachment: Additional Page**

| Case number: | 20-10520-amc |
|---|---|
| Debtor 1: | ROBIN L BUSBY |

**Part 5 : Loan Payment History from First Date of Default**

| | Account Activity | | | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance |
| 03/27/2018 | | | 8,478.46 | Hazard Insurance Disbursement | 04/01/2016 | 96,081.96 | 0.00 | 0.00 | -8,478.46 | | 0.00 | 517,230.44 | |
| 04/01/2018 | 4,381.51 | | | Monthly payment | 04/01/2016 | 100,463.47 | | | | | | 517,230.44 | |
| 05/01/2018 | 4,381.51 | | | Monthly payment | 04/01/2016 | 104,844.98 | | | | | | 517,230.44 | |
| 05/21/2018 | | | 75.00 | Attorney's fees | 04/01/2016 | 104,844.98 | | | | 75.00 | | 517,230.44 | |
| 05/21/2018 | | | 150.00 | Attorney's fees | 04/01/2016 | 104,844.98 | | | | 150.00 | | 517,230.44 | |
| 06/01/2018 | 4,381.51 | | | Monthly payment | 04/01/2016 | 109,226.49 | | | | | | 517,230.44 | |
| 06/06/2018 | | | 600.00 | Attorney's fees | 04/01/2016 | 109,226.49 | | | | 600.00 | | 517,230.44 | |
| 07/01/2018 | 4,381.51 | | | Monthly payment | 04/01/2016 | 113,608.00 | | | | | | 517,230.44 | |
| 07/20/2018 | | | 75.00 | Attorney's fees | 04/01/2016 | 113,608.00 | | | | 75.00 | | 517,230.44 | |
| 08/01/2018 | 4,381.51 | | | Monthly payment | 04/01/2016 | 117,989.51 | | | | | | 517,230.44 | |
| 08/06/2018 | | | 10,608.45 | Other/Sewer/Water/Maintenance Tax | 04/01/2016 | 117,989.51 | 0.00 | 0.00 | -10,608.45 | | 0.00 | 517,230.44 | |
| 09/01/2018 | 4,381.51 | | | Monthly payment | 04/01/2016 | 122,371.02 | | | | | | 517,230.44 | |
| 10/01/2018 | 4,381.51 | | | Monthly payment | 04/01/2016 | 126,752.53 | | | | | | 517,230.44 | |
| 11/01/2018 | 4,381.51 | | | Monthly payment | 04/01/2016 | 131,134.04 | | | | | | 517,230.44 | |
| 11/12/2018 | | | 375.00 | Attorney's fees | 04/01/2016 | 131,134.04 | | | | 375.00 | | 517,230.44 | |
| 12/01/2018 | 4,381.51 | | | Monthly payment | 04/01/2016 | 135,515.55 | | | | | | 517,230.44 | |
| 01/01/2019 | 4,543.89 | | | Monthly payment | 04/01/2016 | 140,059.44 | | | | | | 517,230.44 | |
| 02/01/2019 | 4,543.89 | | | Monthly payment | 04/01/2016 | 144,603.33 | | | | | | 517,230.44 | |
| 03/01/2019 | 4,543.89 | | | Monthly payment | 04/01/2016 | 149,147.22 | | | | | | 517,230.44 | |
| 03/08/2019 | | | 3,492.00 | City tax disbursement | 04/01/2016 | 149,147.22 | 0.00 | 0.00 | -3,492.00 | | 0.00 | 517,230.44 | |
| 03/27/2019 | | | 5,528.66 | Hazard Insurance Disbursement | 04/01/2016 | 149,147.22 | 0.00 | 0.00 | -5,528.66 | | 0.00 | 517,230.44 | |
| 04/01/2019 | 4,543.89 | | | Monthly payment | 04/01/2016 | 153,691.11 | | | | | | 517,230.44 | |

# Mortgage Proof of Claim Attachment: Additional Page

| Case number: | 20-10520-amc |
|---|---|
| Debtor 1: | ROBIN L BUSBY |

## Part 5 : Loan Payment History from First Date of Default

| | Account Activity | | | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance |
| 05/01/2019 | 4,543.89 | | | Monthly payment | 04/01/2016 | 158,235.00 | | | | | | 517,230.44 | |
| 05/03/2019 | | | 20.75 | Filing fees and court costs | 04/01/2016 | 158,235.00 | | | | 20.75 | | 517,230.44 | |
| 05/06/2019 | | | 20.75 | Filing fees and court costs | 04/01/2016 | 158,235.00 | | | | 20.75 | | 517,230.44 | |
| 06/01/2019 | 4,543.89 | | | Monthly payment | 04/01/2016 | 162,778.89 | | | | | | 517,230.44 | |
| 06/05/2019 | | | 560.00 | Attorney's fees | 04/01/2016 | 162,778.89 | | | | 560.00 | | 517,230.44 | |
| 07/01/2019 | 4,543.89 | | | Monthly payment | 04/01/2016 | 167,322.78 | | | | | | 517,230.44 | |
| 07/18/2019 | | | 28.00 | Filing fees and court costs | 04/01/2016 | 167,322.78 | | | | 28.00 | | 517,230.44 | |
| 07/19/2019 | | | 3,520.00 | Sheriff/auctioneer fees | 04/01/2016 | 167,322.78 | | | | 3,520.00 | | 517,230.44 | |
| 08/01/2019 | 4,543.89 | | | Monthly payment | 04/01/2016 | 171,866.67 | | | | | | 517,230.44 | |
| 08/02/2019 | | | 1.45 | Attorney costs (Other) | 04/01/2016 | 171,866.67 | | | | 1.45 | | 517,230.44 | |
| 08/02/2019 | | | 4.35 | Attorney costs (Other) | 04/01/2016 | 171,866.67 | | | | 4.35 | | 517,230.44 | |
| 08/02/2019 | | | 12.90 | Attorney costs (Other) | 04/01/2016 | 171,866.67 | | | | 12.90 | | 517,230.44 | |
| 08/02/2019 | | | 12.25 | Attorney costs (Other) | 04/01/2016 | 171,866.67 | | | | 12.25 | | 517,230.44 | |
| 08/06/2019 | | | 10,856.10 | Other/Sewer/Water/Maintenance Tax | 04/01/2016 | 171,866.67 | 0.00 | 0.00 | -10,856.10 | | 0.00 | 517,230.44 | |
| 08/19/2019 | | | 12.25 | Attorney costs (Other) | 04/01/2016 | 171,866.67 | | | | 12.25 | | 517,230.44 | |
| 08/28/2019 | | | 75.00 | Foreclosure service fees (Other) | 04/01/2016 | 171,866.67 | | | | 75.00 | | 517,230.44 | |
| 09/01/2019 | 4,543.89 | | | Monthly payment | 04/01/2016 | 176,410.56 | | | | | | 517,230.44 | |
| 09/17/2019 | | | 60.00 | Title costs | 04/01/2016 | 176,410.56 | | | | 60.00 | | 517,230.44 | |
| 09/23/2019 | | | 11.60 | Attorney costs (Other) | 04/01/2016 | 176,410.56 | | | | 11.60 | | 517,230.44 | |
| 10/01/2019 | 4,543.89 | | | Monthly payment | 04/01/2016 | 180,954.45 | | | | | | 517,230.44 | |
| 11/01/2019 | 4,543.89 | | | Monthly payment | 04/01/2016 | 185,498.34 | | | | | | 517,230.44 | |

Official Form 410A                                                                                                                      **Mortgage Proof of Claim Attachment**

# Mortgage Proof of Claim Attachment: Additional Page

Case number: 20-10520-amc

Debtor 1: ROBIN L BUSBY

## Part 5 : Loan Payment History from First Date of Default

| A. Date | B. Contractual payment amount | C. Funds received | D. Amount incurred | E. Description | F. Contractual due date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/04/2019 | | | 150.00 | Attorney's fees | 04/01/2016 | 185,498.34 | | | | 150.00 | | 517,230.44 | |
| 11/15/2019 | | | 600.00 | Attorney's fees | 04/01/2016 | 185,498.34 | | | | 600.00 | | 517,230.44 | |
| 11/25/2019 | | | 150.00 | Attorney's fees | 04/01/2016 | 185,498.34 | | | | 150.00 | | 517,230.44 | |
| 12/01/2019 | 4,543.89 | | | Monthly payment | 04/01/2016 | 190,042.23 | | | | | | 517,230.44 | |
| 01/01/2020 | 4,322.29 | | | Monthly payment | 04/01/2016 | 194,364.52 | | | | | | 517,230.44 | |
| 01/28/2020 | | | | Bankruptcy Filed | 04/01/2016 | 194,364.52 | | | | | | 517,230.44 | |

**Part 1:**

Full creditor name cannot be displayed due to space limitation. See part 1.1 for full name.

**Part 2:**

<u>Principal Balance</u> is from Part 5, Column M as of the Bankruptcy File Date.

<u>Interest Due</u> is the interest due as of the Bankruptcy File Date.

<u>Fees, costs due</u> is from Part 5, Column P as of the Bankruptcy File Date and includes any outstanding fees (i.e. late charges, property inspections) and cost (i.e. attorney costs), also included are corporate advances (i.e. tax, insurance) for non-escrowed loans as of the Bankruptcy File Date.  Any fees, costs due that are incurred pre-petition and waived post-petition will not be included.

<u>Escrow deficiency for funds advanced</u> is from Part 5, Column O (if negative balance) as of the Bankruptcy File Date.

<u>Other</u> includes any applicable Private Mortgage Insurance, other Optional Products (i.e. A & H, Life) or Deferred Interest, where applicable, due as of the Bankruptcy File Date. This line was added to ensure transparency.

<u>Less Total Funds on hand</u> is the total of Part 5, Column O (if positive balance) and Q as of the Bankruptcy File Date.

<u>Total Debt</u> not to be used for payoff purposes.

**Part 3:**

<u>Principal and Interest</u> is the principal and interest portion of Part 5, Column G, as of the Bankruptcy File Date.  (If post-petition payments are included as required by Local Rule or practice, this field will include post-petition principal and interest amounts).

<u>Pre-Petition Fees Due</u> is from Part 5, Column P as of the Bankruptcy File Date. Any fees, costs due that are incurred pre-petition and waived post-petition will not be included.

<u>Escrow Deficiency for Funds Advanced</u> is from Part 5, Column O (if negative balance) as of the Bankruptcy File Date.

<u>Projected Escrow Shortage</u> is the Escrow Required from the escrow analysis minus a positive escrow balance as of the Bankruptcy File Date.  (If post-petition payments are included as required by Local Rule or practice, this field will include post-petition escrow amounts).

<u>Other</u> includes any applicable Optional Products (i.e. A & H, Life) due as of the bankruptcy file date. This line was added to ensure transparency.  (If post-petition payments are included as required by Local Rule or practice, this field will include post-petition Optional Product amounts).

<u>Less Funds on Hand</u> is from Part 5, column Q as of the Bankruptcy File Date.

**Part 4:**

<u>Optional Products</u> includes any applicable optional products (i.e. A & H, Life) due as of the Bankruptcy File Date. This line was added to ensure transparency.

(*)This disclaimer has been added to the form to explain that the monthly payment amount may change periodically throughout the life of the loan.

**Part 5:**

If any of the transactions in the loan payment history contain amounts for optional products, the amount for that product will be reflected in either the Contractual payment amount or the Funds Received amount, and will be applied in those amounts. It will also be reflected in column G as described below.

<u>Column G</u> In addition to the items listed, this also includes any past due PMI or optional products (i.e. A & H, Life) amounts, as applicable. Optional product (i.e. A & H, Life) amounts will not be included in columns H-Q due to no appropriate column heading for this type of transaction.

<u>Column J</u> includes taxes, insurance and MIP/PMI as applicable.

<u>Column N</u> will only be populated if the loan is Daily Simple Interest or if Deferred Interest exists on the account.

<u>Column O</u> includes taxes, insurance and MIP/PMI as applicable.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 20-10520 |
| **Robin Lynn Busby** | : Chapter 13 |
| | : Judge Ashely M. Chan |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-7** | : Date and Time of Hearing |
| | : |
| | : |
| | : Place of Hearing |
| Movant, | : U.S. Bankruptcy Court |
| vs | : 900 Market Street, Courtroom #4 |
| | : Philadelphia, PA, 19107 |
| **Robin Lynn Busby** | : |
| **Robert G. Busby** | Related Document # |
| | |
| **William C. Miller** | |
| Respondents. | |

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing Proof of claim was served on the Debtor, counsel for the Debtor, the trustee, and other parties in interest at the addresses set forth below via e-mail notification.

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

Paul A.R. Stewart, Attorney for Robin Lynn Busby, 333 East Lancaster Avenue, Ste 140, Wynnewood, PA  19096, pstewart@legalhelm.com


DATE:  February 25, 2020

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

20-005844_NWN

Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

20-005844_NWN