L.B.F. 3007-1

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:   Robin L. Busby | : | Chapter   13 |
| | : | |
| | : | |
| Debtor | : | Bky. No. 20-10520-amc |

**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

_Robin L. Busby_ has filed an objection to the proof of claim you filed in this bankruptcy case.

1. **Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one**. **(If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,** scheduled to be held on : 01/05/2021 at 11:00 a.m., in Courtroom  #4 , United States Bankruptcy Court  900 Market Street Philadelphia, PA 19107 .  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date**.  If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Date: 11/23/2020

/s/ Paul A.R. Stewart
[Attorney's Name]  Paul A.R. Stewart, Esquire
[Firm Name]  Helm Legal Services
[Address]  333 E. Lancaster Ave, Suite 140, Wynnewood, PA 19096
[Phone No.]  610-864-5600
[Fax No.]  888-847-2279
[E-mail address]  pstewart@legalhelm.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Robin Lynn Busby, | : | |
| | : | NO. 20-10520-amc |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing <u>Notice of Objection and Hearing Date</u> was served on November 23, 2020 by means of the Court's CM/ECF system or via first class mail, postage prepaid, upon the following:

**Heather Lockman, Bankruptcy Coordinator**
Ally Servicing, LLC
4000 Lexington Avenue, N.
Suite 100
Shoreview, MN 55126

**United States Trustee**
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

**William C. Miller, Esquire (Trustee)**
Chapter 13 Trustee
111 S. Independence Mall, Suite 583
Philadelphia, PA 19106
and
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

<u>/S/ Paul A.R. Stewart, Esquire</u>
Legal Helm, LLC
Paul A.R. Stewart, Esquire
Attorney for Debtor