## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Robin Lynn Busby, | : | |
| | : | NO. 20-10520-amc |

## CERTIFICATION OF NO RESPONSE REGARDING DEBTOR'S OBJECTION TO ALLY FINANCIAL'S PROOF OF CLAIM

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtor's Objection to Proof of Claim, filed on November 20, 2020, Document #57, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Objection appears thereon. Pursuant to the Notice of Hearing, Document #62, responses to the Objection were to be filed and served no later than December 30, 2020.

It is hereby respectfully requested the Order attached to the Motion be entered by the Court.

Respectfully Submitted,

_____/s/ Paul A.R. Stewart_____
Legal Helm, LLC
Date: 1/4//2021            PAUL A. R. STEWART
Attorney for Debtor

|   |   |   |
|---|---|---|
| IN RE: | : | Chapter 13 |
|  | : |  |
| Robin Lynn Busby, | : |  |
|  | : | NO. 20-10520-amc |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing **Certificate of No Response to Debtor's Objection to Proof of Claim** was served on January 4, 2021 by means of the Court's CM.ECF system or via first class mail, postage prepaid, upon the following:

**Heather Lockman, Bankruptcy Coordinator**
Ally Servicing, LLC
4000 Lexington Avenue, N.
Suite 100
Shoreview, MN 55126

**United States Trustee**
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

**William C. Miller, Esquire (Trustee)**
Chapter 13 Trustee
111 S. Independence Mall, Suite 583
Philadelphia, PA 19106
and
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

/s/ Paul A. R. Stewart_____
Paul A. R. Stewart, Esquire
Legal Helm LLC
333 E. Lancaster Ave, Suite 140
Wynnewood, PA 19096
610-864-5600
Attorney for Debtor