# IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                  :        Chapter 13
                                        :
    Robin Lynn Busby,               :
                                        :        NO. 20-10520-amc

### CERTIFICATION OF NO RESPONSE REGARDING DEBTOR'S OBJECTION TO CALVARY SPV I, LLC'S PROOF OF CLAIM

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtor's Objection to Proof of Claim, filed on November 20, 2020, Document #58, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Objection appears thereon. Pursuant to the Notice of Hearing, Document #61, responses to the Objection were to be filed and served no later than December 30, 2020.

     It is hereby respectfully requested the Order attached to the Motion be entered by the Court.

Respectfully Submitted,

_____
/s/ Paul A.R. Stewart

Legal Helm, LLC
Date: 1/4//2021                          PAUL A. R. STEWART
                                         Attorney for Debtor

IN RE:                                    :        Chapter 13
                                          :
        Robin Lynn Busby,                 :
                                          :        NO. 20-10520-amc


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing

**Certificate of No Response to Debtor's Objection to Proof of Claim** was served on

January 4, 2021 by means of the Court's CM.ECF system or via first class mail, postage

prepaid, upon the following:


**Cheryl Guziczek**, Bankruptcy Specialist
Calvary Portfolio Services, LLC
500 Summit Lake Drive
Suite 400
Valhalla, NY 10595

**United States Trustee**
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

**William C. Miller, Esquire (Trustee)**
Chapter 13 Trustee
111 S. Independence Mall, Suite 583
Philadelphia, PA 19106                    /s/ Paul A. R. Stewart_____
and                                       Paul A. R. Stewart, Esquire
1234 MARKET STREET, SUITE 1813            Legal Helm LLC
PHILADELPHIA, PA 19107                    333 E. Lancaster Ave, Suite 140
                                          Wynnewood, PA 19096
                                          610-864-5600
                                          Attorney for Debtor