# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Robin Lynn Busby, | : | |
| | : | NO. 20-10520-amc |

## ORDER

AND NOW, this ____ day of _____ 202__, upon consideration of the Debtor(s) Objection to the Proof of Claim of Ally Financial, any response thereto, and a hearing on the matter, it is hereby ORDERED AND DECREED that the Debtor's Objection to the Proof of Claim of Ally Financial, is SUSTAINED.

**Date: January 5, 2021**

_____
J