L.B.F. 3015-6B

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | Robin Lynn Busby  : | Chapter  13 |
| | : | |
| | Debtor(s)  : | Bky. No.  20-10520-amc |

## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I/We, [name of Debtor(s)], hereby state under penalty of perjury in connection with the confirmation hearing in the above case:

1. I/We has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. I/We has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I/we will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

**Date:**  March 30, 2021          /s/ Robin L. Busby
                                   [name]