**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 20-10520-AMC |
| ROBIN LYNN BUSBY | § § | |
| DEBTOR(S) | § § § | CHAPTER 13 |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Notice is hereby given that **Specialized Loan Servicing, LLC**, as servicing agent for HSBC Bank USA, National Association, as Trustee for Wells Fargo Mortgage Backed Securities 2007-7 Trust, ("Creditor"), is withdrawing its **Proof of Claim (Claim #3-1)** in the amount of **$712,959.93** filed on **February 25, 2020**, due to the fact the loan has been paid in full.

Dated: May 3, 2021

                                                           Respectfully submitted,
                                                         Bonial & Associates, P.C.

                                                         /s/ Craig Edelman
                                                         Craig Edelman
                                                         14841 Dallas Parkway, Suite 425
                                                         Dallas, Texas  75254
                                                         (972) 643-6600
                                                         (972) 643-6698 (Telecopier)
                                                         Email: POCInquiries@BonialPC.com
                                                         Authorized Agent for Specialized Loan Servicing, LLC

**CERTIFICATE OF SERVICE OF WITHDRAWAL OF PROOF OF CLAIM**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before May 03, 2021 via electronic notice unless otherwise stated:

**Debtor**         *Via U.S. Mail*
Robin Lynn Busby
1100 Hillcrest Road
Penn Valley, PA 19072-1224


**Debtors' Attorney**
Paul A R Stewart
Legal Helm
333 E LANCASTER AVE STE 140
WYNNEWOOD, PA  19096-1929

**Chapter 13 Trustee**
William C. Miller, Esq.
P.O. Box 1229
Philadelphia, Pennsylvania 19105

    Respectfully Submitted,

    /s/ Craig Edelman
    Craig Edelman