UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Robin Lynn Busby, | : | |
| Debtor | : | NO. 20-10520-amc |
| | : | |
| | : | Motion to Reopen |
| | : | Chapter 13 Bankruptcy |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

The Debtor has filed a Motion to Reopen Bankruptcy on January 3, 2022. <u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

**1.** If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then **on or before January 25, 2022,** you or your attorney must do all of the following:

(a.) File an answer explaining your position at:

Clerk, U.S. Bankruptcy Court, Eastern District of Pennsylvania
Robert N. C. Nix Sr. Federal Courthouse
900 Market Street
Philadelphia, PA 19107

(b.) Mail a copy to the Movant:

Paul A. R. Stewart, Esquire

        Helm Legal Services LLC

        333 E. Lancaster Avenue, Suite 140

        Wynnewood, PA 19096

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

3.      **A hearing on the Motion is scheduled to be held before the Honorable Ashley M. Chan on <u>Tuesday, February 1, 2022 at 11:00 am</u> at the Robert N.C. Nix Sr. Federal Courthouse, Courtroom #4 900 Market Street, Philadelphia, PA 19107.**

Dated:  January 4, 2022                /s/ Paul A. R. Stewart
                                                  Paul A. R. Stewart, Esquire
                                                  Legal Helm LLC
                                                  333 E. Lancaster Ave, Suite 140
                                                  Wynnewood, PA 19096
                                                  610-864-5600
                                                  Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Robin Lynn Busby, | : | |
| Debtor | : | NO. 20-10520-amc |
| | : | |
| | : | Motion to Reopen |
| | : | Chapter 13 Bankruptcy |

### CERTIFICATE OF SERVICE

I, Paul A. R. Stewart, Esquire, hereby certify that on January 4, 2022, I served via first class regular mail and/or electronic filing, with a true and correct copy of the <u>Debtor's Notice of Motion to Reopen Chapter 13 Bankruptcy</u> upon:

**United States Trustee**
**Office of the U.S. Trustee**
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

**Kenneth E. West, Esquire (Trustee)**
Office of the Chapter 13 Trustee
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

/s/ Paul A.R. Stewart

Paul A.R. Stewart, Esquire
Legal Helm LLC
333 E. Lancaster Ave, Suite 140
Wynnewood, PA 19096
610-864-5600
pstewart@legalhelm.com
*Attorney for Debtor*