**IN THE UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Robin Lynn Busby, | : | |
| | : | NO. 20-10520-amc |

### CERTIFICATION OF NO RESPONSE REGARDING DEBTOR'S MOTION TO REOPEN CASE

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtor's Motion to Reopen Chapter 13 Case, filed on January 3, 2022, Document #105, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Objection appears thereon. Pursuant to the Notice of Hearing, Document #106, responses to the Objection were to be filed and served no later than January 25, 2022.

It is hereby respectfully requested the Order attached to the Motion be entered by the Court.

Respectfully Submitted,

_____
Legal Helm, LLC
PAUL A. R. STEWART
Attorney for Debtor

Date: January 26, 2022

# IN THE UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Robin Lynn Busby, | : | |
| | : | NO. 20-10520-amc |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing **Certificate of No Response to Debtor's Motion to Reopen Chapter 13 Case** was served on January 26, 2022 by means of the Court's CM.ECF system or via first class mail, postage prepaid, upon the following:

**United States Trustee**
**Office of the U.S. Trustee**
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

**Kenneth E. West, Esquire (Trustee)**
Office of the Chapter 13 Trustee
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

<u>/S/ Paul A.R. Stewart, Esquire</u>
Legal Helm, LLC
Paul A.R. Stewart, Esquire
Attorney for Debtor