## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        Chapter 13
                                          :
    Robin Lynn Busby,                  :
            Debtor              :        NO. 20-10520-amc


### <u>ORDER</u>

AND NOW, this        day of            _____2022, upon consideration of the

Debtor's Motion to Reopen the above case, and any response thereto, it is hereby

ORDERED AND DECREED that this case should be reopened.


**Date: February 1, 2022**

_____

                                          J