United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-10520-amc

Robin Lynn Busby  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 02, 2022 | Form ID: pdf900 | Total Noticed: 8 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Robin Lynn Busby, 1100 Hillcrest Road, Penn Valley, PA 19072-1224 |
| cr | + | HSBC BANK USA, NATIONAL ASSOCIATION, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, ., 8742 Lucent Blvd, Suite 300, Highlands Rnach, CO 80129-2386 |
| cr | + | SPECIALIZED LOAN SERVICING, LLC, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 03 2022 09:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 03 2022 09:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 03 2022 09:31:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 03 2022 09:35:35 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 4

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | HSBC Bank USA, National Association |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 02, 2022 | Form ID: pdf900 | Total Noticed: 8 |

Date: Feb 04, 2022                Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Wells Fargo Mortgage Backed Securities 2007-7 Trust amps@manleydeas.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| PAUL A.R. STEWART | on behalf of Debtor Robin Lynn Busby pstewart@legalhelm.com  jurisabnelson@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Wells Fargo Mortgage Backed Securities 2007-7 Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Robin Lynn Busby, | : | |
|     Debtor | : | NO. 20-10520-amc |

**ORDER**

AND NOW, this ____ day of _____ 2022, upon consideration of the Debtor's Motion to Reopen the above case, and any response thereto, it is hereby ORDERED AND DECREED that this case should be reopened.

**Date: February 1, 2022**

_____
J