**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :        Chapter 13

                                                :

Robin Lynn Busby,                               :

         Debtor/Movant                          :        NO. 20-10520-amc

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

The Debtor has filed a Motion for Contempt for Violation of the Automatic Stay and
Discharge Injunction. Your rights may be affected. You should read these papers carefully and
discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an
attorney, you may wish to consult an attorney.)

   **1.**      If you do not want the Court to grant the relief sought in the Motion or if
you want the Court to consider your views on the Motion, then **on or before**
**April 19, 2022, you or your attorney must do all of the following**:

         (a.)      File an answer explaining your position at:

                   Clerk, U.S. Bankruptcy Court, Eastern District of Pennsylvania
                   Robert N. C. Nix Sr. Federal Courthouse
                   900 Market Street
                   Philadelphia, PA 19107

         (b.)      Mail a copy to the Movant:

                   Paul A. R. Stewart, Esquire
                   Helm Legal Services LLC
                   333 E. Lancaster Avenue, Suite 140
                   Wynnewood, PA 19096

2.      If you or your attorney do not take the steps described in paragraphs 1(a)

and 1(b) above and attend the hearing, the Court may enter an Order granting the

relief requested in the motion.

**3.      A hearing on the Motion is scheduled to be held before the Honorable**

**Ashley M. Chan on <u>Tuesday, April 26, 2022 at 11:00 am</u> at the Robert N.C. Nix Sr.**

**Federal Courthouse, Courtroom #4 900 Market Street, Philadelphia, PA 19107.**


Dated: March 15, 2022                             /s/ Paul A. R. Stewart
                                                  Paul A. R. Stewart, Esquire
                                                  Legal Helm LLC
                                                  333 E. Lancaster Ave, Suite 140
                                                  Wynnewood, PA 19096
                                                  610-864-5600
                                                  Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | : | Chapter 13 | |
| | : | | |
| Robin Lynn Busby, | : | | |
| Debtor/Movant | : | NO. 20-10520-amc | |

**CERTIFICATE OF SERVICE**

I, Paul A. R. Stewart, Esquire, hereby certify that on March  14, 2022, I served via first class regular mail and/or electronic filing, with a true and correct copy of the Debtor's Notice of   Motion for Contempt for Violation of the Automatic Stay and Discharge Injunction upon:

**Kenneth E. West, Esquire (Trustee)**
Office of the Chapter 13 Trustee
1234 MARKET STREET, SUITE 1813
PHILADELPHIA, PA 19107

**Barry Krengel, Esquire**
Dolchin, Slotkin & Todd, P.C.
Two Liberty Place Suite 3530
50 South 16th Street
Philadelphia, PA 19102
215-665-3506
bkrengel@dolchin.com

**SMS Financial JDC, LP**
3707 East Shea Boulevard, Suite 100
Phoenix, AZ 85028

/s/ Paul A.R. Stewart

Paul A.R. Stewart, Esquire
Legal Helm LLC
333 E. Lancaster Ave, Suite 140
Wynnewood, PA 19096
610-864-5600
pstewart@legalhelm.com
*Attorney for Debtor/Movant*