UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**PAUL A. R. STEWART, ESQUIRE**
pstewart@helmlegalservices.com
Attorney ID: 307997
Helm Legal Services LLC
333 East Lancaster Avenue STE 140
Wynnewood, PA 19096
Office: 610-864-5600
*Attorney for Defendant/Movant*

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Robin Lynn Busby, | : | |
| Debtor/Movant | : | NO. 20-10520-amc |

## ACCEPTANCE OF SERVICE OF DEBTOR'S MOTION FOR CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY AND DISCHARGE INJUNCTION

I, Barry Krengel, Esquire, hereby accept service of the Debtor's Motion for Contempt for Violation of the Automatic Stay and Discharge Injunction as filed in the above-captioned action on behalf of Robin L. Bubsy.

Date: 3/21/22

Barry Krengel, Esquire
Counsel for SMS Financial JDC, LP