# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Chapter 13 |
| | : | |
| **ROBIN LYNN BUSBY,** | : | |
| | : | **Bankruptcy No. 20-10520-AMC** |
| **DEBTOR** | : | |
| _____ | : | |

# ORDER[1]

AND NOW, this 1st day of August 2022, for the reasons stated in the accompanying Opinion, it is hereby ORDERED that the Debtor's Contempt Motion is DENIED.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

---

[1] All terms not otherwise defined in this order have the same meaning as defined in the accompanying Opinion.