UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA 19107-4299

Timothy B. McGrath  
Clerk

Telephone
(215) 408-2800

August 15, 2022

Re:   Robin L. Busby  
Bankruptcy No.: 20-10520  
Civil Action No.

Dear George Wylesol, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

(x) Certificate of appeal from order entered August 1, 2022 by the Honorable Ashely M. Chan.
    Notice of appeal filing fee (x)paid   ()not paid

() Designation of Record on Appeal Filed
() Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

() Motion for leave to appeal filed .
    () Answer to motion filed .

() Proposed findings of fact and conclusions of law entered by the Honorable .
    () Objections filed .

() Report and recommendation entered by the Honorable .

    () Objections filed .

() Original record transferred to the District Court pursuant to the order of the Honorable .

() Other:

Kindly acknowledge receipt on the copy of the letter provided.

For the Court

Timothy B. McGrath  
Clerk

By:  Jeanette Gilmore  
Deputy Clerk

---

Received Above material or record tile this  15th  day of  August , 20 22 .

Civil Action No.  22-cv-3257            Signature:  /s/ Steve Tomas

Miscellaneous No. _____             Date:  8/15/22

Assigned to Judge  Mark A. Kearney                               BFL5.frm(rev 11/8/17)