**UNITED STATES BANKRUPTCY COURT**

_____Eastern_____ **DISTRICT OF** _Pennsylvania_____

| | |
|---|---|
| IN RE Robin L. Busby<br><br>Debtor. | BAP No.    2:22-cv-03257-MAK |
| Robin L. Busby<br><br>Appellant,<br><br>v.<br><br>SMS Financial JDC, LP and Barry Krengel<br><br>Appellee. | Bankr. No.   20-10520-amc<br>Adv. No.    _____<br>Chapter       13_____ |

**Designation of Items to be Included in the Record on Appeal**

Paul A.R. Stewart, Esquire, pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby designates the following items to be included in the record on appeal:

*Document name, number and file date for each designated item:*

1. Bankruptcy Docket Report for #20-10520-amc
2. Doc #99  Order of Dischargeof Debtor filed on 08/05/2021
3. Doc #111 Motion for Contempt and attached exhibits filed on 3/15/2022
4. Doc #116  Objection to Motion for Contempt and attached exhibits filed on 04/19/2022
5. Doc #117  Response to Motion for Contempt and attached exhibits filed on 04/19/2022
6. Doc # 120  Transcript of Hearing on Debtor's Motion for Contempt 05/23/2022
7. Doc #121 Supplemental Letter Brief in Support of Motion for Contempt filed on 05/31/2022
8. Doc #122 Supplemental Brief of Opposition Filed by Barry Krengel filed on  06/30/2022
9. Doc # 123 Supplemental Brief in Opposition  with attached exhibits filed on 06/30/2022
10. Doc # 126 Opinion Re: Motion for Contempt filed on 08/01/2022
11. Doc #127 Order Denying Motion For Contempt  filed on 08/01/2022

12. ___Doc #130 Notice of Appeal with attached exhibits  filed on 08/12/2022_____

13. ___All filed Schedules and Statements of Debtor_____

14. _____

15. _____

 

 

___/s/ Paul A.R. Stewart_____
*Signature*
_333 E. Lancaster Avenue_____
*Address*
_Wynnewood, PA 19096_____
*Address*
_610-864-5600_____
*Phone Number*
_pstewart@legalhelm.com_____
*ECF E-mail Address*

 

***File with the Bankruptcy Court***
***Note: Attach proof of service on all parties.  Fed. R. Bankr.  P. 8011(d)(1)(B).***

# IN THE UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Robin Lynn Busby, | : | |
| Debtor | : | NO. 20-10520-amc |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing **Designation of Items to be Included in the Record on Appeal** was served on August 24, 2022 by means of the Court's CM.ECF system or via first class mail, postage prepaid, upon the following:

Jeffrey B McCarron
Swartz Campbell, LLC
1650 Market Street, 38th Floor
Philadelphia, PA 19103
215-299-4376
jmccarron@sqartzcampbell.com
*Attorney for Respondent*
*Barry Krengel*

Holly Smith Miller
Gellert Scali Busenkell & Brow, LLC
1628 John F. Kennedy Blvd, Suite 1901
Philadelphia, PA 19103
215-238-0012
hsmiller@gsbblaw.com
*Attorney for Respondent*
*SMS Financial*

/S/ Paul A.R. Stewart, Esquire
Legal Helm, LLC
Paul A.R. Stewart, Esquire
Attorney for Debtor