**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | : | |
| --- | --- | --- |
|  | : | Chapter 13 |
| ROBIN LYNN BUSBY, | : | Case No. 20-10520-amc |
|  | : | |
| Debtor. | : | |
| _____ | : | |

**APPELLEE, SMS FINANCIAL JDC, LP'S DESIGNATION OF ADDITIONAL ITEMS**
**ON APPEAL PURSUANT TO FED. BANKR. R. 8009(a)(2)**

Pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure, Appellee, SMS Financial JDC, LP, designates the following additional items for inclusion in the record on appeal:

|  | **RECORD DESCRIPTION** | **DOCKET NO.** | **FILING DATE** |
| --- | --- | --- | --- |
| 1. | Transcript of 7/19/2022 hearing on Motion for Contempt for Violation of the Automatic Stay and Discharge Injunction | 124 | 7/19/2022[1] |
| 2. | Affidavit of Barry W. Krengel, Esquire, in Support of SMS Financial, JDC, LP's Objection to Debtor's Motion for Contempt for Violation of the Automatic Stay and Discharge Injunction | 125 | 7/26/2022 |

Dated: September 6, 2022        GELLERT SCALI BUSENKELL & BROWN LLC

>     /s/ Holly S. Miller
> Holly S. Miller (PA ID #203979)
> 8 Penn Center
> 1628 John F. Kennedy Blvd., Suite 1901
> Philadelphia, PA 19103
> E-mail: hsmiller@gsbblaw.com
> *Counsel to SMS Financial JDC, LP*

---

[1] Fed.R.Bankr.P. 8009(b)(1) provides as follows:
  (1) *Appellant's duty to order.* Within the time period prescribed by subdivision (a)(1), the appellant must:
    (A) order in writing from the reporter, as defined in Rule 8010(a)(1), a transcript of such parts of the proceedings not already on file as the appellant considers necessary for the appeal, and file a copy of the order with the bankruptcy clerk; or
    (B) file with the bankruptcy clerk a certificate stating that the appellant is not ordering a transcript.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: : | |
| : | Chapter 13 |
| ROBIN LYNN BUSBY, : | Case No. 20-10520-amc |
| : | |
| Debtor. : | |
| _____ : | |

**CERTIFICATE OF SERVICE**

I, Holly S. Miller, certify that on the date set forth below, Appellee's Designation of Additional Items on Appeal was served on the following parties via this Court's ECF Notification System:

JEFFREY B. MCCARRON
jmccarron@swartzcampbell.com

PAUL A.R. STEWART
pstewart@legalhelm.com

*/s/ Holly S. Miller*
Holly S. Miller

Dated: September 7, 2022