UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath                                                                                         Telephone
Clerk                                                                                                      (215) 408-2800

September 12, 2022

Re:    Robin Lynn Busby
       Bankruptcy No.: 20-10520
       Civil Action No. 22-3257

Dear George Wylesol, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

() Certificate of appeal from order entered .
   Notice of appeal filing fee ()paid    ()not paid

(x) Designation of Record on Appeal Filed   Appellants & Appellee Designation

() Designation of Record on Appeal Not Filed

() Supplemental certificate of appeal.

() Motion for leave to appeal filed .

   () Answer to motion filed .

() Proposed findings of fact and conclusions of law entered  by the Honorable .

   () Objections filed .

() Report and recommendation entered  by the Honorable .

   () Objections filed .

() Original record transferred to the District Court pursuant to the order of the Honorable .

Kindly acknowledge receipt copy of the letter provided.


                                    Timothy B. McGrath
                                    Clerk

                                    By:___Jeanette Gilmore_____
                                    Deputy Clerk

---

Received Above material or record tile this _____ day of _____, 20     .

Civil Action No. _____          Signature:_____

Miscellaneous No. _____         Date: _____

Assigned to Judge _____                                              BFL5.frm(rev 11/8/17)