UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
ROBERT N.C. NIX BUILDING
900 MARKET STREET
SUITE 400
PHILADELPHIA  19107-4299

Timothy B. McGrath                                                                                                        Telephone
Clerk                                                                                                                          (215) 408-2800

September 12, 2022

Re:    Robin Lynn Busby
       Bankruptcy No.: 20-10520
       Civil Action No. 22-3257

Dear George Wylesol, Clerk of Court:

We herewith transmit the following document(s) filed in the above matter(s), together with a copy of the docket entries:

( ) Certificate of appeal from order entered .
    Notice of appeal filing fee ( )paid    ( )not paid

(x) Designation of Record on Appeal Filed   Appellants & Appellee Designation

( ) Designation of Record on Appeal Not Filed

( ) Supplemental certificate of appeal.

( ) Motion for leave to appeal filed .

    ( ) Answer to motion filed .

( ) Proposed findings of fact and conclusions of law entered  by the Honorable .

    ( ) Objections filed .

( ) Report and recommendation entered  by the Honorable .

    ( ) Objections filed .

( ) Original record transferred to the District Court pursuant to the order of the Honorable .

Kindly acknowledge receipt copy of the letter provided.

Timothy B. McGrath
Clerk

By:   Jeanette Gilmore
Deputy Clerk

---

Received Above material or record tile this __12th__ day of __September__, 20 __22__ .

Civil Action No. __22-cv-3257__        Signature: __/s/ Steve Tomas__

Miscellaneous No. _____        Date: __9/12/22__

Assigned to Judge __Mark A. Kearney__                                                    BFL5.frm(rev 11/8/17)