**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: ROBIN LYNN BUSBY** | : | **CIVIL ACTION** |
| | : | |
| | : | **NO.  22-3257** |
| | : | |
| | : | **BKY. NO.  20-10520** |

## <u>ORDER</u>

**AND NOW**, this 3rd day of October 2022, upon considering the Appellant's Application (ECF Doc. No. 4) for an additional two weeks to prepare a Brief compliant with our Policies, mindful the parties docketed the record on September 12, 2022 from an appeal filed August 16, 2022, and Appellant failing to show good cause nor disclosing the Appellee's position compliant with our Policies but finding no recited prejudice in an additional week given today's notice of the briefing schedule (ECF Doc. No. 3), it is **ORDERED** Appellant's Application (ECF Doc. No. 4) is **GRANTED in part** and we **amend** the briefing schedule only to Appellant leave to file a Brief compliant with our Policies governing summary judgment Memoranda by no later than **October 19, 2022** with a responsive brief due no later than **November 21, 2022** and the reply (unless the appeal is already ruled upon) no later than **December 5, 2022**.

_____
**KEARNEY, J.**