UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-3257

White v. Pagotto

To:  Clerk

1) Motion by Appellant Requesting Extension of Time to Serve Appellee Philadelphia Housing Authority

2) Document by Appellant in Support of Motion Requesting Extension of Time to Serve Appellee Philadelphia Housing Authority

---

No action will be taken on Appellant's motion or document as it is unnecessary. It is noted that the Philadelphia Housing Authority is a non-participating party on this appeal.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated:  September 6, 2023
Sb/cc: Tyrone K. White