UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 22-3257
_____

TYRONE K. WHITE,
                Appellant

v.

TINA PAGOTTO, CEO; BETHESDA PROJECT INC; KE SMITH, PHA
Representative; PHILADELPHIA HOUSING AUTHORITY

_____

(D.C. Civ. No. 2-22-cv-03668)
_____

SUR PETITION FOR REHEARING
_____

Present: CHAGARES, Chief Judge, JORDAN, HARDIMAN, SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, FREEMAN, MONTGOMERY-REEVES, CHUNG, and SCIRICA*, Circuit Judges

      The petition for rehearing filed by Appellant in the above-entitled case having been submitted to the judges who participated in the decision of this Court and to all the other available circuit judges of the circuit in regular active service, and no judge who concurred in the decision having asked for rehearing,

_____

*As to panel rehearing only.

and a majority of the judges of the circuit in regular service not having voted for

rehearing, the petition for rehearing by the panel and the Court en banc, is denied.

BY THE COURT,

s/Anthony J. Scirica
Circuit Judge

Dated: October 4, 2023
Sb/cc: Tyrone K. White