# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1077

In re: Robin Lynn Busby

(U.S. District Court No.: 2-22-cv-03257)

**ORDER**

      It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:    May 23, 2023
AMR/cc:   Jeffrey B. McCarron, Esq.
Holly S. Miller, Esq.
Paul A. R. Stewart, Esq.
Mr. George V. Wylesol,

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate